UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

ANTONIO D'ANGELO
LAURA D'ANGELO

                                                 : Bankruptcy No. 15-10770SR
      Debtor(s)                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich*

_____
Stephen Raslavich, B. J.

**Date: August 31, 2016**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

ANTONIO D'ANGELO
LAURA D'ANGELO
7802 WHITAKER AVENUE
PHILADELPHIA,PA.19111-