```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                                  Case No. 15-10770-sr
Antonio D'Angelo                                                        Chapter 13
Laura D'Angelo
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: JeanetteG              Page 1 of 2                  Date Rcvd: Aug 31, 2016
                               Form ID: pdf900              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
db             +Antonio D'Angelo,    7802 Whitaker Avenue,    Philadelphia, PA 19111-2815
jdb            +Laura D'Angelo,    7802 Whitaker Avenue,    Philadelphia, PA 19111-2815
13468069       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13468071       +Lhr Inc,   56 Main St,    Hamburg, NY 14075-4905
13468072       +Main Street Acquisiton,    2877 Paradise Rd Unit 30,    Las Vegas, NV 89109-5236
13489947      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,     P.O. Box 619096,   Dallas, TX 75261-9741)
13468076        Nationstar Mortgage,    transferred from Bank of America,    P.O. Box 650783,
                Dallas, TX 75265-0783
13468078       +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13475708       +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
13468081       +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
13468082       +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
13468084       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13468085      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 01 2016 10:33:17     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2016 10:32:41
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2016 10:33:02     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:35:30     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13565762        E-mail/Text: bankruptcy@phila.gov Sep 01 2016 10:33:17     City of Philadelphia,
                Law Department   Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13468068       +E-mail/Text: clientrep@capitalcollects.com Sep 01 2016 10:33:34     Capital Collection Svc,
                Po Box 150,   West Berlin, NJ 08091-0150
13468070        E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2016 10:36:13     Gecrb/Funancing,
                332 Minnesota St Ste 610,    Saint Paul, MN 55101
13468073       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2016 10:32:49     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13468077       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 01 2016 10:32:25     PECO,
                2301 Market Street,    Philadelphia, PA 19103-1380
13468079       +E-mail/Text: nod.referrals@fedphe.com Sep 01 2016 10:32:20     Phelan, Hallinan and Schmieg,
                1617 J.F.K. Blvd, Suite 1400,    Philadelphia, PA 19103-1814
13473419        E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2016 10:35:34
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13468074*      +Midland Funding,    8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13468075*      +Midland Funding,    8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13468080*      +Phelan, Hallinan and Schmieg,    1617 J.F.K. Blvd, Suite 1400,   Philadelphia, PA 19103-1814
13468083*      +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2                  Date Rcvd: Aug 31, 2016
                              Form ID: pdf900            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Joint Debtor Laura   D'Angelo dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Debtor Antonio  D'Angelo dmo160west@gmail.com,
           davidoffenecf@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

ANTONIO D'ANGELO
LAURA D'ANGELO

                               : Bankruptcy No. 15-10770SR
        Debtor(s)                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich*

**Date: August 31, 2016**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

ANTONIO D'ANGELO
LAURA D'ANGELO
7802 WHITAKER AVENUE
PHILADELPHIA,PA.19111-